# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Auld, Lawrence P. | District Court, Middle District of North Carolina | 6/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

L. Richardson Preyer United States Courthouse
324 West Market Street
Greensboro, NC 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virgina Bar Association Young Lawyers' Division | November 15-16, 2013 | Richmond, VA | National Moot Court Competition (Judge) | Hotel, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | L | T | | | | | |
| 2. Truliant Federal Credit Union Accounts | A | Interest | M | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. - Blacrock Global Allocation Fund Inc Class C MCLOX | A | Dividend | J | T | | | | | |
| 5. - Lord Abbett Bd-Deb C BDLAX | A | Dividend | J | T | | | | | |
| 6. - Neuberger & Berman Equity Income Fd Cl C NBHCX | A | Dividend | J | T | | | | | |
| 7. - Blackrock All-Cap Energy & Resources Port Cl C | | None | J | T | | | | | |
| 8. - Van Eck Global Hard Assets Fd. C | A | Dividend | J | T | | | | | |
| 9. - Pimco Income PONCX | A | Dividend | J | T | Buy | 2/1/13 | J | | |
| 10. Brokerage Account #2 (H) | | | | | | | | | |
| 11. - Blackrock Global Allocation Fund Inc. Class C MCLOX | A | Dividend | J | T | | | | | |
| 12. - Neuberger & Berman Equity Income Fd Cl C NBHCX | A | Dividend | K | T | | | | | |
| 13. - Davis New York Venture Fund Cl A NYVTX | A | Dividend | J | T | | | | | |
| 14. - Mutual Fund Ser. Tr. Catalyst SMH Total Return | A | Dividend | | | Sold | 2/1/13 | J | A | |
| 15. - Delaware Diversified Income Func Cl C | A | Dividend | J | T | | | | | |
| 16. - Lord Abbett Bd - Deb C | A | Dividend | J | T | | | | | |
| 17. - Oppenheimer Devel Mkts Fnd | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco all Asset Fnd Inst Cl C | A | Dividend | | | Sold | 02/04/13 | J | A | |
| 19. - New World Fund Cl C (X) | A | Dividend | J | T | | | | | |
| 20. - Pimco Fd. PAC Invt Mgmt PASCX | A | Dividend | J | T | Buy | 02/04/13 | J | | |
| 21. - Pimco Income PONCX | A | Dividend | J | T | Buy | 02/01/13 | J | | |
| 22. IRA # 1 | B | Int./Div. | M | T | | | | | |
| 23. - AIM Invt Fds Invesco Invt Fds | | | | | | | | | |
| 24. - Columbia Acorn Fund Class C LIACX | | | | | | | | | |
| 25. - ING Funds Global Real Estate Cl C IGCAX | | | | | | | | | |
| 26. - NB Grwth Fund Large Cap Disciplined Growth Fund Cl C NLDCX | | | | | | | | | |
| 27. - Neuberger & Berman Equity Income Fd Cl C NBHCX | | | | | | | | | |
| 28. - Oppenheimer Developing Markets Funds Cl C ODVCX | | | | | | | | | |
| 29. - Pioneer Ser Tr. III Cullen (formerly Pioneer Cullen Value Fund) | | None | | | Sold | 02/01/13 | J | A | |
| 30. - Grant Pk Futures Fd Unit Global Alt Mkts 3 CL Initial | | | | | | | | | |
| 31. - Templeton Global Bond Fund | | | | | | | | | |
| 32. - Oppenheimer Sr Floating Rate Fd | | | | | | | | | |
| 33. - Lord Abbett Bd. Deb C | | | | | | | | | |
| 34. - Pimco Income Fd CL-C PONCX | | | | | | Buy | 02/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Pimco Total Return Fund (X) | | | | | | | | | |
| 36. 401k #1 | C | Int./Div. | M | T | | | | | |
| 37. - Vanguard 500 Index Signal | | | | | | | | | |
| 38. - Vanguard Windsor II Admiral | | | | | | | | | |
| 39. - Sterling Capital Special Opp | | | | | | | | | |
| 40. - Vanguard REIT Index Signal | | | | | | | | | |
| 41. - Pimco Total Return Instl | | | | | | | | | |
| 42. - T Rowe Price Blue Chip Growth | | | | | | | | | |
| 43. - Dreyfus Small Cap Stock Index | | | | | | | | | |
| 44. - American Europacific Gr R6 | | | | | | | | | |
| 45. ING Reliastar Variable Life Insurance | | None | K | T | | | | | |
| 46. - Large Cap Growth Portfolio | | | | | | | | | |
| 47. - T Rowe Price Div Mid Cap Grth I Cls | | | | | | | | | |
| 48. - Russell Large Cap Growth Index Port Cl | | | | | | | | | |
| 49. VCSP College America 529 Plan | B | Dividend | L | T | | | | | |
| 50. - American Funds Amcap Fund - 529 fd cl A CAFAX | | | | | | | | | |
| 51. - American Funds EuroPacific Growth Fund - 529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Funds The Growth Fund of America - 529A | | | | | | | | | |
| 53. - American Funds SMALLCAP World Fund - 529A | | | | | | | | | |
| 54. - American Funds Captial World Growth and Income - 529A | | | | | | | | | |
| 55. - American Funds Washington Muutal Investors Fund - 529A | | | | | | | | | |
| 56. - American Funds Capital Income Builder - 529A CIRAX | | | | | | | | | |
| 57. - American Funds New World Fund | | | | | | | | | |
| 58. - American Funds Capital World Bond Fund CCWAX | | | | | | | | | |
| 59. - American High Income CITAX (X) | | | | | | | | | |
| 60. BB&T Accounts | A | Interest | K | T | | | | | |
| 61. PNCBank Accounts (formerly RBC Bank) | C | Interest | M | T | | | | | |
| 62. State Employees' Credit Union Accounts | C | Interest | M | T | | | | | |
| 63. Wells-Fargo Accounts | A | Interest | K | T | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Auld, Lawrence P. | 6/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In preparing this year's report, I realized that I made a mistake in last year's report. The error occurred on lines 30 and 31 of the 2012 report, where I listed "Pioneer Ser Tr. III Cullen (formerly PIMCO Tot Return Fd)" on line 30, and I listed "Pioneer Cullen Value Fund Class C CVCFX" on line 31. In preparing the 2013 report, I realized that line 30 of the 2012 report should have listed "Pioneer Ser Tr. III Cullen (formerly Pioneer Cullen Value Fund Class C CVCFX)", and that line 31 of the report should have listed "PIMCO Tot Return Fd." Because PIMCO Tot Return Fd. should have been listed on the 2012 report but was not, I have designated it with an (X) where it appears on line 35 of the 2013 report to explain why it appears on the 2013 report but not the 2012 report. Because Pioneer Cullen Value Fund Class C CVCFX should not have been listed on a separate line on the 2012 report (since the name had changed), I have indicated the name change on line 29 of the 2013 report (even though that name change occurred in 2012). I regret the error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lawrence P. Auld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544